## United States District Court
### Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CVY40 | 9498503 | M. Colangelo | 2K254 |

**-- YOU ARE CHARGED WITH THE FOLLOWING VIOLATION --**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 9-4-25  1020 AM | 41 CFR 102-74.390 |

Place of Offense: SSA Federal Office (Suite 200) 478 Main St, Buffalo, NY 14202

Offense Description: Factual Basis for Charge   HAZMAT ☐

Unruly behavior Conducted while Visiting SSA office leading to a disturbace for office AND public

**DEFENDANT INFORMATION**   Phone: (716) 305-9171

| Last Name | First Name | M.I. |
|---|---|---|
| Miller | Velencia | E. |

Street Address: 183-Hamiton Dr. #2 Amherst, NY 14226

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Amherst | NY | 14226 | 3/16/88 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 863704494 | | NY | 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 |

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair BR   Eyes Bro   Height 160   Weight 160

**VEHICLE**   VIN: N/A   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions.. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →   $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Robert H Jackson Federal Courthouse, 2-Niagara Sq. Buffalo, NY 14202 | Date TBD | Time TBD |
|---|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   X Sent Certified Mail X

Original - CVB Copy

*9498503*

---

I state that on 09/04, 20 25 while exercising my duties as a law enforcement officer in the Western District of New York

Defendant while visiting SSA in Buffalo, NY became loud, belligerent with racial overtone comments with SSA claims representative - Her behavior elevated to the point of being escorted off premise by FPS Protective Security officers.

Nothing Follows

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/04/2025   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2025 11:43

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WY40 | 9498504 | M. Colangelo | 2K254 |

#### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 9-4-25 1020 AM | 41 CFR 102-74.385 |

Place of Offense: SSA Federal Office Space
478 Main St. Buffalo, N.Y. 14202

Offense Description: Factual Basis for Charge    HAZMAT ☐
Digital Photography/Taking picture
In Sensitive Area And posting on
Social media "Facebook" (Federal official)

#### DEFENDANT INFORMATION    Phone: (716) 305-9171

| Last Name | First Name | M.I. |
|---|---|---|
| Miller | Velencia | E. |

Street Address: 183 Hamilton Drive, Upper #2

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Amherst | NY | 14226 | 3/16/88 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 863704494 | | NY | 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 |

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female    Hair: Bro    Eyes: Bro    Height: 5'3    Weight: 100

| VEHICLE | VIN: N/A | | | | CMV ☐ |
|---|---|---|---|---|---|
| Tag No. N/A | State N/A | Year N/A | Make/Model N/A | PASS ☐ | Color N/A |

#### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
.+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

#### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Robert H. Jackson Federal Courthouse
2 Niagara Sq, Buffalo, N.Y. 14767

Date: TBD
Time: TBD

My signature certifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    *Sent Certified Mail*

Original - CVB Copy

*9498504*

---

I state that on 09/04 20 25 while exercising my duties as a law enforcement officer in the WESTERN NY District of New York

Defendant while visiting SSA In Buffalo, N.Y. took digital photograph of SSA claimant in "unauthorized" area that handles personal identifiable information (PII). In Addition, defendant doxxed federal employee on Facebook resulting in Additional threats from associated followers.

Nothing follows.

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/04/2025    Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

AO 238 (Rev. 07/20) Arrest Warrant and Notice Before Arrest (Page 2)

# UNITED STATES DEPARTMENT OF JUSTICE

## United States Marshals Service

United States of America

v.

Miller, Valencia E.

_____
*Defendant*

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| 9498504, 9498503 | 09/04/2025 |
| **Offense(s)** | **Amount Due** |
| Unruly Behavior (41CFR 102-74.390) ; Photography in Sensitive Area (41CFR 102-74.385) | 0.00 |

## NOTICE BEFORE ARREST

The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278-0549. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel. If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

| Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders. |
|---|

*UNITED STATES MARSHAL*

By: _____
*Deputy United States Marshal*

Date of notice: 3/25/2026

Phone: 716 - 954 - 6810

10:58   ·ıll LTE 95

< have to pay a

when the +1 (716) 305-9171 to my house, they said it's gonna be a court date and the court date is just for a warning. Nothing about no violation no nothing I'm not giving no government no money cause no bitch was racist to me. Listen she had a case in Buffalo City Court they dismissed this shit. Please don't play with me please. I'm telling you that that's the worst thing that you could ever do is play with me anybody I don't got no order protection no nothing please this stupid bitch I'm not playing around.

I'll give you the copy in person if you come to the courthouse tomorrow. 2 Niagara sq, Buffalo. Otherwise I'm telling the judge you got a copy of this

This is final warning though before a Warrant comes for your arrest for not paying within 10 days

i'm not paying shit in 10 days

+ ∍ Text Message · SMS

suppose
I had a court date for some

**10:58**    .ıll LTE 96



+1 (716) 305-9171

It says this is your final warning to pay the fine. There is a phone number to call in there to ask more information.

1-800-827-2982

i'm not paying no fine. This was a violation court that I'm not paying no fine to no city of Buffalo. No racist, dumb ass bitch I'm not doing that shit.

Pay a five bucks you wanna say to me you want some money I'm not giving no money to this bum ass city

It's not a fine to the city. This is a fine to the U.S. government.



+    Text Message • SMS